IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03313-RM-KLM

AMY MARCANTONIO,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's <u>Unopposed</u> Motion to Vacate and Reset Scheduling Conference** [#33][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 17, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **February 19, 2015**[2] at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **February 12, 2015**.

    Dated: January 20, 2015

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

[2] In the Motion Defendant noted that the parties are available on February 4, 10, and 11. *Motion* [#33] at 1-2. However, the Court is unable to accommodate Defendant's request to reschedule the Scheduling Conference on those days. If the parties are unable to attend the February 19, 2015 Scheduling Conference, they may call chambers at (303) 335-2770 to discuss the Court's availability prior to filing another motion regarding the date of the Scheduling Conference.