IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03313-KLM

AMY MARCANTONIO,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant's Unopposed Motion to Vacate and Reset Five-Day Jury Trial** [#51][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#51] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Jury Trial set for February 22-26, 2016 is **VACATED** and **RESET** to **March 7-11, 2016** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated:  April 8, 2015

---

[1] "[#51]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).