IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03313-KLM

AMY MARCANTONIO,

   Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

   Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [#54][1] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#54] is **GRANTED**. The Scheduling Order [#46] is amended: (1) to extend the Rebuttal Expert Disclosure Deadline to **August 20, 2015** and (2) to extend the Discovery Cut-Off to **September 21, 2015**,[2] for the limited purpose of allowing the parties to complete expert discovery.

   Dated: July 6, 2015

---

[1] "[#54]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

[2] It is unusual for discovery to continue after the Dispositive Motions Deadline. In this case the Dispositive Motions Deadline is September 4, 2015. *Sched. Order* [#46] § 9(c). However, the parties note that the requested extensions "will not impact the dispositive motion deadline of September 4, 2015 . . . ." *Motion* [#54] at 2. As a result, the Court will not sua sponte extend the Dispositive Motions Deadline.