IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03313-KLM

AMY MARCANTONIO,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order #[73], Granting the Motion for Summary Judgment #[61], filed on February 29, 2016 by the Honorable Kristen L. Mix, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Defendant's Motion for Summary Judgment [#61] is **GRANTED**. It is further

ORDERED that judgment shall enter in favor of Defendant Comcast Cable Communications Management, LLC and against Plaintiff Amy Marcantonio.

DATED at Denver, Colorado February 29, 2016.

                                      FOR THE COURT:

                                      Jeffrey P. Colwell,
                                      Clerk of Court

                                      By s/ L. Galera
                                         Courtroom Deputy